

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Dillan Kayde Holmes,

Vs. No. 11-22-00241-CR

The State of Texas,

* From the 118th District Court
of Howard County,
Trial Court No. 15693.

* September 29, 2022

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.